No. 78–1149. LITTON INDUSTRIAL PRODUCTS, INC. *v.* JAMESBURY CORP. C. A. 2d Cir. Certiorari denied. █

No. 78–1150. ·NICKOLA *v.* PETERSON, DBA KAYDEE PRODUCTS Co. C. A. 6th Cir. Certiorari denied. █

No. 78–1156. MACDONALD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. █

No. 78–1159. HANNER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. █

No. 78–1163. OHIO EDISON Co. *v.* WILLIAMS, DIRECTOR, OHIO ENVIRONMENTAL PROTECTION AGENCY. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 78–1165. CHICAGO TITLE & TRUST Co., TRUSTEE, ET AL. *v.* LISNER ET AL. C. A. 7th Cir. Certiorari denied. █

No. 78–1180. ROSENTHAL *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS; and
No. 78–1193. CARNOW *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS. Sup. Ct. Ill. Certiorari denied. Reported below: 73 Ill. 2d 46, 382 N. E. 2d 257.

No. 78–1182. KLINE *v.* PITTSBURGH & LAKE ERIE RAILROAD Co. C. A. 3d Cir. Certiorari denied. █

No. 78–1187. MILLER *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Co. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 78–1189. FADDEN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. █